UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :   MISDEMEANOR
                                      INFORMATION
    -v.-                          :
                                      08 Cr.
LARRY NOBLE,                      :

            Defendant.                **08 CRIM 466**

- - - - - - - - - - - - - - - - - -x

### COUNT ONE

The United States Attorney charges:

From on or about January 24, 2008, continuing through at least on or about January 28, 2008, in the Southern District of New York and elsewhere, LARRY NOBLE, the defendant, unlawfully, willfully, and knowingly, did infringe the copyrights of certain motion pictures, for purposes of commercial advantage and private financial gain, in violation of Title 17, United States Code, Section 506 and Title 18, United States Code, Section 2319, to wit, NOBLE sold DVDs containing unauthorized copies of motion pictures.

   (Title 17, United States Code, Section 506(a)(1)(A),
Title 18, United States Code, Sections 2 and 2319(b)(3).)

                                    *Michael J. Garcia*
                                    MICHAEL J. GARCIA
                                    United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 23 2008
```